1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

FILED

JUL -1 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | Case No. 2:10-CR-0254 LKK |
|                                      ) | |
| Plaintiff,          ) | ORDER TO SEAL |
|                                      ) | |
| v.                                   ) | (UNDER SEAL) |
|                                      ) | |
| ARTURO JOSEPH SANCHEZ,               ) | |
|                                      ) | |
| Defendants.         ) | |

**SEALED**

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Kyle Reardon to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED: July 1, 2010

GREGORY G. HOLLOWS
United States Magistrate Judge

3