1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700




IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No: 2:10-CR-00254 LKK |
| Plaintiff, | ) | |
| | ) | APPLICATION AND ORDER |
| v. | ) | FOR UNSEALING INDICTMENT |
| | ) | |
| ARTURO JOSEPH SANCHEZ, | ) | |
| | ) | |
| Defendant. | ) | |

On July 2, 2010, the Grand Jury returned an indictment and a warrant issued for the defendant. Due to the fact that the defendant posed a flight risk and was believed to be a danger to the community, the United States sought and received an order sealing the indictment and supporting documentation. The defendant has fled his last known address and cannot be located. Therefore, in order to publicize the defendant's indictment, actively question others, and investigate the defendant's

///
///
///
///

1

whereabouts, unsealing is necessary. The government respectfully requests that the indictment be unsealed.

DATED: July 13, 2010

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kyle Reardon
KYLE REARDON
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

DATED: July 13, 2010

/s/ Kendall J. Newman
KENDALL J. NEWMAN
United States Magistrate Judge