```
DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ARTURO SANCHEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>ARTURO SANCHEZ,<br><br>        Defendant.<br>_____ | ) No. CR-S-10-254 LKK<br>)<br>)<br>) ORDER AFTER HEARING<br>)<br>)<br>)<br>)<br>) |

    This matter came on calendar for a status conference hearing on September 14, 2010, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge.  Assistant United States Attorney Kyle Reardon appeared on behalf of the United States of America.  Assistant Federal Defender Caro Marks appeared on behalf of Defendant Arturo Sanchez, who was present before the court.

    Defense counsel requested that this matter be set for further status conference on October 26, 2010, 2010 at 9:15 am.

    The parties agreed on the need for additional time to allow time for defense preparation, to allow the defense to receive and review

1  discovery, to review it with the defendant, and to assess the need for
2  additional research and investigation.
3      **IT IS HEREBY ORDERED** that this matter be set for further status
4  conference on October 26, 2010 at 9:15 am..
5      **IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. §3161 (h)(7)(A)
6  and (B)(iv), and Local Code T4, the period from September 14, 2010, up
7  to and including October 26, 2010, is excluded from the time
8  computations required by the Speedy Trial Act due to counsel
9  preparation.
10 Dated: September 20, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT