1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ARTURO JOSEPH SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR.S-10-254-LKK |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER;** |
|  | ) **CONTINUING STATUS CONFERENCE** |
|  | ) **AND EXCLUDING TIME** |
| ARTURO JOSEPH SANCHEZ, | ) |
|  | ) Date: November 30, 2010 |
| Defendant. | ) Time: 9:15 am. |
| _____ | ) Judge: Hon. Lawrence K. Karlton |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for ARTURO JOSEPH SANCHEZ, that the status conference hearing date of October 26, 2010 be vacated, and the matter be set for status conference on November 30, 2010 at 9:15 am.

   The reason for this continuance is that defense counsel recently received discovery and needs time to review it, then to travel to Butte County, where the defendant is detained in jail, and review it with the defendant.

   Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of

this order through and including November 30, 2010 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:   October 21, 2010.                    Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Public Defender


                                              /s/ Caro Marks
                                              CARO MARKS
                                              Designated Counsel for Service
                                              Attorney for Arturo Joseph Sanchez

DATED:   October 21, 2010.                    BENJAMIN WAGNER
                                              United States Attorney


                                              /s/ Caro Marks for
                                              KYLE REARDON
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff



                                    ORDER

   UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the October 26, 2010, status conference hearing be continued to November 30, 2010, at 9:00 am.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the

1  November 30, 2010 status conference shall be excluded from computation
2  of time within which the trial of this matter must be commenced under
3  the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)
4  and Local Code T-4, to allow defense counsel reasonable time to
5  prepare.
6  Dated: October 21, 2010

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT