BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:10-CR-0254 LKK |
| Plaintiff, | ) |
| v. | ) ORDER CONTINUING STATUS |
| | ) CONFERENCE |
| ARTURO JOSEPH SANCHEZ, | ) |
| Defendant. | ) |

**ORDER**

The parties appeared before the Court on Tuesday, December 7, 2010, in case number 2:10-CR-0254 LKK.  At that time, based upon the representations and agreement of both counsel, the Court ordered that the status set for December 7, 2010, at 9:15 a.m., be continued to Tuesday, January 19, 2011, at 9:15 a.m., and that the time beginning December 7, 2010, and extending through January 19, 2011, was excluded from the calculation of time under the Speedy Trial Act.  The exclusion of time is appropriate due to defense counsel's need to prepare.  The additional time is

necessary to ensure defense counsel's effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

ACCORDINGLY, it is hereby ordered that the status conference set for December 7, 2010, at 9:15 a.m., be continued to January 19, 2011, at 9:15 a.m., and that the time beginning December 7, 2010, and extending through January 19, 2011, be excluded from the calculation of time under the Speedy Trial Act.  The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: January 7, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT