1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ARTURO JOSEPH SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR.S-10-254-LKK |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER;** |
|  | ) **CONTINUING STATUS CONFERENCE** |
|  | ) **AND EXCLUDING TIME** |
| ARTURO JOSEPH SANCHEZ, | ) |
|  | ) Date: February 16, 2011 |
| Defendant. | ) Time: 9:15 am. |
| _____ | ) Judge: Hon. Lawrence K. Karlton |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for ARTURO JOSEPH SANCHEZ, that the status conference hearing date of February 19, 2011 be vacated, and the matter be set for status conference on February 16, 2011 at 9:15 am.

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, and to explore defenses and possible sentencing mitigation. This requires all-day travel to and from Oroville (Butte County), where the defendant is detained in jail.

   Based upon the foregoing, the parties agree that the time under

the Speedy Trial Act should be excluded from the date of signing of this order through and including February 16, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:   January 21, 2011.                    Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Public Defender


                                              /s/ Caro Marks
                                              CARO MARKS
                                              Designated Counsel for Service
                                              Attorney for Arturo Joseph Sanchez


DATED:   January 21, 2011.                    BENJAMIN WAGNER
                                              United States Attorney


                                              /s/ Caro Marks for
                                              KYLE REARDON
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff




                                   ORDER

   UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the January 19, 2011, status conference hearing be continued to February 16, 2011, at 9:15 am.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant

in a speedy trial.  It is ordered that time up to and including the February 16, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: January 19, 2011

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT