DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ARTURO SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-10-254 LKK |
| Plaintiff, | ) |
| v. | ) ORDER AFTER HEARING |
| ARTURO SANCHEZ, | ) |
| Defendant. | ) |
| _____ | ) |

    This matter came on calendar for a status conference hearing on February 16, 2011, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Michele Beckwith appeared on behalf Kyle Reardon attorney for the United States of America. Assistant Federal Defender Jeffrey Staniels appeared on behalf of Caro Marks attorney for Defendant Arturo Sanchez, who has was not present but has a waiver on file.

    Defense counsel requested that this matter be set for further status conference on March 29, 2011, at 9:15 am.

    The parties agreed on the need for additional time to allow time

1  for defense preparation, to allow the defense to receive and review
2  discovery, to review it with the defendant, and to assess the need for
3  additional research and investigation.
4     **IT IS HEREBY ORDERED** that this matter be set for further status
5  conference on March 29, 2011 at 9:15 am..
6     **IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. §3161 (h)(7)(A)
7  and (B)(iv), and Local Code T4, the period from February 16, 2011, up
8  to and including March 29, 2011, is excluded from the time computations
9  required by the Speedy Trial Act due to counsel preparation.
10 Dated:   March 1, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT