DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ARTURO JOSEPH SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,             )<br>                                       )<br>            Plaintiff,                 )<br>                                       )<br>      v.                               )<br>                                       )<br>ARTURO JOSEPH SANCHEZ,                 )<br>                                       )<br>            Defendant.                 )<br>_____) | NO. CR.S-10-254-LKK<br><br>**STIPULATION AND ORDER;<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date: April 12, 2011<br>Time: 9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and JEFFREY STANIELS for CARO MARKS, attorney for ARTURO JOSEPH SANCHEZ, that the status conference hearing date of April 12, 2011 be vacated, and the matter be set for status conference and bail review or setting for such review, if necessary, on April 19, 2011 at 9:15 a.m.

    The reason for this continuance is to allow defense counsel to present a motion for bail review on Friday April 15, 2011, and for further proceedings before this court if necessary, and to minimize the amount of travel between Butte County Jail and this courthouse and delay between presentation of a renewed release plan to the magistrate

judge and review if necessary by this court.  As of this writing it is expected that assigned counsel, Caro Marks, will return to work following bereavement leave.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including April 19, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:  April 12, 2011.            Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Public Defender


                                   /s/ *Jeffrey Staniels* for
                                   CARO MARKS
                                   Designated Counsel for Service
                                   Attorney for Arturo Joseph Sanchez

DATED:  April 12, 2011.            BENJAMIN WAGNER
                                   United States Attorney


                                   /s/ *Jeffrey Staniels* for
                                   KYLE REARDON
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff



                              ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the April 12, 2011, status conference hearing be continued to April 19, 2011, at 9:15 am.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense

1  counsel reasonable time necessary for effective preparation, taking
2  into account the exercise of due diligence.  The Court finds that the
3  ends of justice to be served by granting a continuance outweigh the
4  best interests of the public and the defendant in a speedy trial.  It
5  is ordered that time up to and including the April 19, 2011 status
6  conference shall be excluded from computation of time within which the
7  trial of this matter must be commenced under the Speedy Trial Act
8  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4,
9  to allow defense counsel reasonable time to prepare.

Dated: April 11, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT