```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Senior Litigator
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  ARTURO SANCHEZ
```

**FILED**

APR 12 2011 

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-10-254 LKK |
| Plaintiff, | MOTION TO REVOKE DETENTION ORDER AND [PROPOSED] ORDER SHORTENING TIME |
| v. | |
| ARTURO SANCHEZ, | Date: April 15, 2011 |
| Defendant. | Time: 2:00 pm |
| | Judge: Hon. Kendall J. Newman |

TO: BENJAMIN B. WAGNER, United States Attorney, and KYLE REARDON, Assistant United States Attorney, Counsel for Plaintiff:

**PLEASE TAKE NOTICE** that on April 15, 2011, or as soon thereafter as the matter may be called before the Hon. Kendall J. Newman, Arturo Sanchez will and hereby does move for an order reviewing his detention and for an order pursuant to 18 U.S.C. § 3145(b), to revoke the detention order filed August 26, 2010, and to order him released on a property bond of a reasonable amount, partially secured by the posting of his father's motorcycle, which has a re-sale of at least $12000, with conditions of release including Pretrial Services supervision and electronic monitoring.

An order shortening time so as to permit a hearing on this request on April 15, 2011, is requested. The court is advised that Mr. Reardon

has been advised of this motion and will be available. In addition Mr. Sanchez' father will be traveling from New Mexico to appear. Proposed third party custodians will also appear at the hearing. In addition, Mr. Sanchez is detained at Butte County Jail. The marshals transport detainees from Butte County on Fridays and Tuesdays only.

This motion is based on this pleading, the files and records of this case and such other pertinent matter as may appear during the consideration of this motion.

## NEW FACTS SUPPORTING REVIEW

On August 26, 2010, Mr. Sanchez made his initial appearance in federal court. At that time, United States Magistrate Judge Kimberly J. Mueller appointed the Office of the Federal Defender to represent him. The government moved for his detention. He was detained without prejudice to reopen the question of his release, having at that time no surety for the posting of bail.

Circumstance have changed since that date. Unknown to the defense on August 26, 2010, and also unknown until recently to undersigned counsel, who has been monitoring this case while Ms. Marks is away from the office on bereavement leave, Mr. Sanchez's father, is willing to post his 2008 Harley-Davidson Fatboy Motorcycle which he believes is worth at least $12,000, as security for a bond. Following additional inquiries, Mr. Sanchez simply does not have the financial means to post greater security. The defense also asks the court to place Mr. Sanchez on pretrial supervision, and to impose conditions of release in addition to a bond.

The defense has located two suitable third party custodians for Mr. Sanchez. One is Lupe A[REDACTED] and the other is Charlene T[REDACTED] both of whom reside at [REDACTED], Sacramento, CA.

Motion for Bail Review                -2-

95 [REDACTED]. Counsel has been advised that Ms. Alarcon will appear on April 15 to assure the court she understands the responsibilities of a third-party custodian and is not hesitant about undertaking them. As of this writing counsel for Mr. Sanchez has conflicting information whether Ms. Taniguchi can appear Friday or would need to appear at some date soon thereafter because of pre-existing travel plans which would prevent her appearance this Friday.

The defense agrees to reasonable pretrial conditions. They could include living at [REDACTED], drug and/or mental health counseling, no computer use or use only as authorized, curfew, or any others the court deems appropriate.

Dated: April 11, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/S/ Jeffrey L. Staniels* for
CARO MARKS
Attorney for Defendant
ARTURO SANCHEZ

O R D E R

The request to shorten time is hereby **GRANTED**. A hearing on the above motion is hereby set for Friday, April 15, 2011, on the duty magistrate judge calendar. The U.S. Marshal is notified to produce Mr. Sanchez from Butte County Jail for that hearing.

**IT IS SO ORDERED.**

Date: April 12, 2011

Hon. Craig M. Kellison
U.S. Magistrate Judge

Motion for Bail Review                -3-