1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ARTURO JOSEPH SANCHEZ

6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

   UNITED STATES OF AMERICA,     )  NO. 2:10-cr-254-LKK
10                               )
                Plaintiff,       )
11                               )  **STIPULATION AND ORDER;**
        v.                       )  **CONTINUING STATUS CONFERENCE**
12                               )  **AND EXCLUDING TIME**
   ARTURO JOSEPH SANCHEZ,        )
13                               )  Date: April 19, 2011
                Defendant.       )  Time: 2:00 a.m.
14 _____)  Judge: Hon. Kendall J. Newman

15      IT IS HEREBY STIPULATED by and between the parties hereto through

16 their respective counsel, KYLE REARDON, Assistant United States

17 Attorney, attorney for Plaintiff, and JEFFREY STANIELS for CARO MARKS,

18 attorney for ARTURO JOSEPH SANCHEZ, that the bail review hearing date

19 of April 19, 2011 be continued until April 26, 2011, before the duty

20 magistrate judge.

21      The reason for this continuance is that the candidate to be

22 presented as an additional or alternative third party custodian who was

23 out of state at the last hearing does not return to California until

24 April 25, 2011.  The time until April 26, 2011, is needed to permit the

25 custodian to speak to Pretrial Services and to appear before the court.

26      The court is advised that Mr. Sanchez appeared for a status

27 conference before Judge Karlton on April 19, 2011.  At that time a

28 waiver of time until and including April 26, 2011, was entered.  On

1  that basis no exclusion of time is involved in this stipulation.

2
3  DATED: April 19, 2011.                    Respectfully submitted,

                                              DANIEL J. BRODERICK
4                                             Federal Public Defender

5

6                                             /s/ *Jeffrey Staniels* for
                                              CARO MARKS
7                                             Designated Counsel for Service
                                              Attorney for Arturo Joseph Sanchez
8

9  DATED: April 19, 2011.                    BENJAMIN WAGNER
                                              United States Attorney
10

11
                                              /s/ *Jeffrey Staniels* for
12                                            KYLE REARDON
                                              Assistant U.S. Attorney
13                                            Attorney for Plaintiff

14

15                                **ORDER**

16      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
17  ordered that the April 19, 2011, bail review hearing be continued to
18  April 26, 2011, at 2:00 pm.  Based on the representation of defense
19  counsel and good cause appearing there from, the Court hereby finds
20  that the failure to grant a continuance in this case would deny defense
21  counsel reasonable time necessary for effective preparation, taking
22  into account the exercise of due diligence.  The Court finds that the
23  ends of justice to be served by granting a continuance outweigh the
24  best interests of the public and the defendant in a speedy trial.

25

26     Dated: April 19, 2011

27                                            _____
                                              KENDALL J. NEWMAN
28                                            UNITED STATES MAGISTRATE JUDGE

2