DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ARTURO SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-10-254 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER AFTER HEARING |
| v. | ) | |
| | ) | |
| ARTURO SANCHEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    This matter came on calendar for a status conference hearing on April 19, 2011, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Kyle Reardon appeared for the United States of America. Assistant Federal Defender Caro Marks appeared on behalf of Defendant Arturo Sanchez, who was present before the court.

    Defense counsel requested that this matter be set for further status conference and change of plea on April 26, 2011, at 9:15 am.

    The parties agreed on the need for additional time to allow time for defense preparation, to allow the defense to receive and review the

1  plea agreement with the defendant.
2       **IT IS HEREBY ORDERED** that this matter be set for further status
3  conference on April 26, 2011 at 9:15 am..
4       **IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. §3161 (h)(7)(A)
5  and (B)(iv), and Local Code T4, the period from April 19, 2011, up to
6  and including April 26, 2011, is excluded from the time computations
7  required by the Speedy Trial Act due to counsel preparation.

9  Dated: April 22, 2011

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

-2-