```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159247
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ARTURO JOSEPH SANCHEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,        ) NO. CR.S-10-254-LKK
                                 )
            Plaintiff,           )
                                 )   STIPULATION AND ORDER;
     v.                          )   CONTINUING STATUS CONFERENCE
                                 )       AND EXCLUDING TIME
ARTURO JOSEPH SANCHEZ,           )
                                 ) Date:  May 24, 2011
            Defendant.           ) Time:  9:15 a.m.
_____) Judge: Hon. Lawrence K. Karlton
```

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for ARTURO JOSEPH SANCHEZ, that the status conference hearing/change of plea date of April 26, 2011 be vacated, and the matter be set for status conference/change of plea and bail review on May 24, 2011 at 9:15 a.m.

The reason for this continuance is to allow defense counsel sufficient time to travel to Butte County, where defendants is detained, and review the proposed plea agreement with him. In preparation for entry of plea, defense counsel must review the factual basis with the defendant, as well as undergo detailed explanation of his Rule 11 rights. Restricted travel schedules make it necessary to

continue the matter until May 24, 2011, for entry of plea.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including May 24, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: April 22, 2011.                    Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Public Defender


                                          /s/ Caro Marks
                                          CARO MARKS
                                          Designated Counsel for Service
                                          Attorney for Arturo Joseph Sanchez

DATED: April 22, 2011.                    BENJAMIN WAGNER
                                          United States Attorney


                                          /s/ Caro Marks for
                                          KYLE REARDON
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff


                                ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the April 26, 2011, status conference hearing/change of plea be continued to May 24, 2011, at 9:15 am. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The

1  Court finds that the ends of justice to be served by granting a
2  continuance outweigh the best interests of the public and the defendant
3  in a speedy trial.  It is ordered that time up to and including the May
4  24, 2011 status conference shall be excluded from computation of time
5  within which the trial of this matter must be commenced under the
6  Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and
7  Local Code T-4, to allow defense counsel reasonable time to prepare.
8  Dated: April 22, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT