DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ARTURO SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-10-254 LKK |
| Plaintiff, ) | |
| ) | ORDER AFTER HEARING |
| v. ) | |
| ARTURO SANCHEZ, ) | |
| Defendant. ) | |
| _____ ) | |

    This matter came on calendar for a status conference hearing on May 24, 2011, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Kyle Reardon appeared for the United States of America. Assistant Federal Defender Caro Marks appeared on behalf of Defendant Arturo Sanchez, who was present before the court.

    Defense counsel requested that this matter be set for further status conference and possible change of plea on July 12, 2011, at 9:15 am.. Counsel further requested an exclusion of time under the Speedy Trial Act to allow the defendant to complete his review of the

1 discovery in his case. Thereafter, counsel and the defendant need time
2 to review the proposed plea agreement.
3     **IT IS HEREBY ORDERED** that this matter be set for further
4 status conference on July 12, 2011 at 9:15 am..
5   **IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. §3161 (h)(7)(A)
6 and (B)(iv), and Local Code T4, the period from May 24, 2011, up to and
7 including July 12, 2011, is excluded from the time computations
8 required by the Speedy Trial Act due to counsel preparation.
9 Dated: June 3, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-2-