DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159247
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ARTURO JOSEPH SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR.S-10-254-LKK |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER;** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| ARTURO JOSEPH SANCHEZ, | ) | |
| | ) | Date: August 16, 2011 |
| Defendant. | ) | Time: 9:15 a.m. |
| _____ | ) | Judge: Hon. Lawrence K. Karlton |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for ARTURO JOSEPH SANCHEZ, that the status conference hearing/change of plea date of July 12, 2011 be vacated, and the matter be set for status conference on August 16, 2011 at 9:15 a.m.

   The reason for this continuance is to allow defense counsel sufficient time to examine the proposed settlement and then review it with the defendant. The government's plea offer is novel. It requires defense counsel to undertake some research, then to explain the nature of the resolution to the defendant.

   Based upon the foregoing, the parties agree that the time under

the Speedy Trial Act should be excluded from the date of signing of this order through and including August 16, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:   July 13, 2011.                         Respectfully submitted,

                                                DANIEL J. BRODERICK
                                                Federal Public Defender


                                                /s/ Caro Marks
                                                CARO MARKS
                                                Designated Counsel for Service
                                                Attorney for Arturo Joseph Sanchez


DATED:   July 13, 2011.                         BENJAMIN WAGNER
                                                United States Attorney


                                                /s/ Caro Marks for
                                                KYLE REARDON
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff


ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the July 12, 2011, status conference to be continued to August 16, 2011, at 9:15 am.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It

is ordered that time up to and including the August 16, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: July 12, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT