1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159247
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ARTURO JOSEPH SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      ) NO. CR.S-10-254-LKK
                               )
              Plaintiff,       )
                               )   **STIPULATION AND ORDER;**
     v.                        )   **CONTINUING STATUS CONFERENCE**
                               )       **AND EXCLUDING TIME**
ARTURO JOSEPH SANCHEZ,         )
                               ) Date: October 25, 2011
              Defendant.       ) Time: 9:15 a.m.
_____) Judge: Hon. Lawrence K. Karlton

     IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for ARTURO JOSEPH SANCHEZ, that the status conference scheduled for August 16, 2011 be vacated, and the matter be set for status conference on October 25, 2011 at 9:15 a.m.

     The reason for this continuance is to allow defense counsel to investigate new evidence that has just recently developed in the case. Among other tasks, the defense needs time to view the evidence and the related forensics with the case agent at the High-Tech Crimes Task Force. Thereafter, the defense will need to time to discuss the findings with the defendant.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including October 25, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: August 8, 2011.                    Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Public Defender


                                          /s/ Caro Marks
                                          CARO MARKS
                                          Designated Counsel for Service
                                          Attorney for Arturo Joseph Sanchez


DATED: August 8, 2011.                    BENJAMIN WAGNER
                                          United States Attorney


                                          /s/ Caro Marks for
                                          KYLE REARDON
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff


                                    ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the August 16, 2011, status conference be continued to October 25, 2011, at 9:15 am.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the

best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the October 25, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: August 8, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3