DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159247
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ARTURO JOSEPH SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S-10-254-LKK |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER;** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| ARTURO JOSEPH SANCHEZ, ) | |
| ) | Date: February 7, 2012 |
| Defendant. ) | Time: 9:15 a.m. |
| _____ ) | Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for ARTURO JOSEPH SANCHEZ, that the status conference scheduled for December 20, 2011 be vacated, and the matter be set for status conference on February 7, 2012 at 9:15 a.m.

The reason for this continuance is first, to allow defense forensics experts to complete their work on the hard drives in the case. This process has taken longer than usual because law enforcement encountered technical obstacles providing the drives to the defense. Second, this will give defense counsel to ascertan the possibility of referring this unusual case for prosecution in state court instead of

federal court. The government has indicated it is not opposed to the idea. Due to the defendant's young age and unusual background, a prosecution in state court may be more appropriate than a federal court prosecution.

Finally, defense counsel will be on annual leave from January 7–January 19, and, therefore, unavailable.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including February 7, 2012 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: December 19, 2011.                    Respectfully submitted,

                                                       DANIEL J. BRODERICK
                                                      Federal Public Defender


                                                      /s/ Caro Marks
                                                      CARO MARKS
                                                      Designated Counsel for Service
                                                      Attorney for Arturo Joseph Sanchez

DATED: December 19, 2011.                    BENJAMIN WAGNER
                                                      United States Attorney


                                                      /s/ Caro Marks for
                                                      KYLE REARDON
                                                      Assistant U.S. Attorney
                                                      Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the December 20, 2011, status conference be continued to

2

February 7, 2012, at 9:15 am.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the February 7, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: December 19, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT