DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159247
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ARTURO JOSEPH SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ARTURO JOSEPH SANCHEZ,<br><br>　　　　　　Defendant.<br>_____ | NO. CR.S-10-254-LKK<br><br>**STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date: April 17, 2012<br>Time: 9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for ARTURO JOSEPH SANCHEZ, that the status conference scheduled for March 6, 2012 be vacated, and the matter be set for status conference on April 17, 2012 at 9:15 a.m.

　　　The reason for this continuance is to allow the defendant to continue his pursuit of a resolution under section 5K of the Federal Sentencing Guidelines. The defendant has debriefed with the government. It appears as though a second debriefing will be necessary. Defense counsel also has records to gather to provide to the government in furtherance of the section 5K departure. Defense counsel has been in or

1  preparing for jury trial the last two weeks and needs additional time t
2  gather these records, study them and present them to the government.
3       Based upon the foregoing, the parties agree that the time under
4  the Speedy Trial Act should be excluded from the date of signing of
5  this order through and including April 17, 2012 pursuant to 18 U.S.C.
6  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code
7  T4 based upon continuity of counsel and defense preparation.

DATED:  March 2, 2012.                    Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Public Defender


                                          /s/ Caro Marks
                                          CARO MARKS
                                          Designated Counsel for Service
                                          Attorney for Arturo Joseph Sanchez

DATED:  March 2, 2012.                    BENJAMIN WAGNER
                                          United States Attorney


                                          /s/ Caro Marks for
                                          KYLE REARDON
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff


                              **ORDER**

   UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
ordered that the March 6, 2012, status conference be continued to April
17, 2012, at 9:15 am.  Based on the representation of defense counsel
and good cause appearing there from, the Court hereby finds that the
failure to grant a continuance in this case would deny defense counsel
reasonable time necessary for effective preparation, taking into

account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the April 17, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: March 2, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3