DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ARTURO SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-10-254 LKK |
| ) | |
| Plaintiff, ) | |
| ) | EXPEDITED ORDER TO MODIFY |
| v. ) | CONDITIONS OF RELEASE |
| ) | |
| ARTURO SANCHEZ, ) | |
| ) | Date: April 27, 2012 |
| Defendant. ) | Time: 2:00 pm |
| ) | Judge: Kendall J. Newman |
| _____ ) | |

The United States of America, by and through its counsel, Kyle F. Reardon; the Defendant, by and through his counsel, Caro Marks, and Pretrial Services for the Eastern District of California, by and through Officer Taifa Gaskins, hereby stipulate and jointly request the court to modify the Defendant's conditions of release as follows:

1. Charleen Taniguchi is immediately removed as the Defendant's third-party custodian.

2. Charleen Taniguchi is immediately removed as surety for the

Defendant's unsecured bond.

3. Effective immediately and until further notice from the court and/or Pretrial Services, the Defendant shall reside at 4920 H Street, Sacramento, CA 95819.

Dated:  April 23, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ Caro Marks
CARO MARKS
Attorney for Defendant
ARTURO SANCHEZ


/s/ Kyle Reardon
KYLE F. REARDON
Assistant United States Attorney


IT IS SO ORDERED.

Dated:  April 23, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Name of Pleading                          -2-