UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 13, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ARTURO JOSEPH SANCHEZ, )<br>)<br>Defendant. ) | Case No. 2:10CR00254<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __ARTURO JOSEPH SANCHEZ__ , Case No. __2:10CR00254__ , Charge __18:3606 - Violation of Supervised Release__ , from custody for the following reasons:

     __ Release on Personal Recognizance

     __ Bail Posted in the Sum of $__

         __ Unsecured Appearance Bond

         __ Appearance Bond with 10% Deposit

         __ Appearance Bond with Surety

         __ Corporate Surety Bail Bond

     ✔ (Other)     __Time Served__

Issued at __Sacramento, CA__ on __August 13, 2013__ at __9:28 am__ .

By /s/ Lawrence K. Karlton
United States District Judge

Original - U.S. Marshal